**No. 44277.**—Protests 886920–G, etc., of S. S. Kresge Co. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham-ware in question was held dutiable at 25 percent under paragraph 210 as claimed.

BEFORE THE FIRST DIVISION, SEPTEMBER 10, 1940

**No. 44278.**—Protests 476514–G, etc., of Inter Ocean Millinery Corp. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

**No. 44279.**—Protests 487689–G, etc., of Millinery Clearing House (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

**No. 44280.**—Protests 500442–G, etc., of Millinery Clearing House (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

**No. 44281.**—Protests 548809–G, etc., of Heiray Import Co., Inc. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

**No. 44282.**—Protests 559996–G, etc., of M. Citron & Co., Inc., et al. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.